IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02969-MSK-CBS

MARCUS NELSON, and
JACQUALYN NELSON,

    Plaintiffs,

v.

STANDLEY AND ASSOCIATES, LLC,
a/k/a GTF SERVICES, LLC,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court upon Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint (*doc # 13*) filed April 1, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  Plaintiffs' First Amended Complaint and Jury Demand (*doc # 13-1*), tendered to the court on April 1, 2011, is accepted for filing as of the date of this order.

**DATED:**    April 4, 2011